**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division**

Jane C. Purnell

                                                Plaintiff,

v.                                                                        Case No.: 1:13−cv−02691
                                                                             Honorable Samuel Der−Yeghiayan

Navistar International Corporation, et al.

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 28, 2013:

       MINUTE entry before Honorable Samuel Der−Yeghiayan: Case having been consolidated for all purposes with case 13 C 2111, the instant action is hereby terminated. All filings are to be made in case 13 C 2111. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.